UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: **Plymouth County House of Correction**

**YOU ARE COMMANDED** to have the body **of Raughn Williams MA 21021015** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, in a Remote Proceeding on **June 21, 2021**, at **10:00AM**.

for the purpose **Rule 11 Hearing**

in the case of **UNITED STATES OF AMERICA V. Williams**

CR Number **1:20-10252-LTS**

And you are to retain the body of said **of Raughn Williams MA 21021015** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **of Raughn Williams MA 21021015** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 10th day of **May 2021**.

/S/ Leo T. Sorokin

UNITED STATES DISTRICT JUDGE

ROBERT M FARRELL
CLERK OF COURT

By: /s/ Maria Simeone
Courtroom Deputy Clerk